IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RODERICK LEWIS for himself and his children DONTRELLE LEWIS, DEANTE ASKEW, and DANIELLE MARSHALL, LOIS LEWIS, SERITA ASKEW for her minor children ANDRE SILAS and DAVEON SILAS, TERRANCE STALLWORTH and TRAVIS STALLWORTH, | NO. 06 C 5607 <br><br> HONORABLE JAMES B. ZAGEL <br> Judge Presiding |
| Plaintiffs, | MAGISTRATE JUDGE NOLAN |
| v. | |
| COREY FLAGG, WILLIAM HRONOPOULOS, MICHAEL KOCANDA, and THE CITY OF CHICAGO, | |
| Defendants. | |

FILED
MAR 2 9 2007
MAR. 29, 2007
JUDGE JAMES B. ZAGEL
UNITED STATES DISTRICT COURT

## RELEASE AND SETTLEMENT AGREEMENT

Plaintiffs, RODERICK LEWIS, individually, and RODERICK LEWIS on behalf of his minor children, DONTRELLE LEWIS, DEANTE ASKEW and DANIELLE MARSHALL, by their attorneys, Thomas Peters and Kevin Peters; LOIS LEWIS, by her attorneys, Thomas Peters and Kevin Peters; SERITA ASKEW on behalf of her minor children ANDRE SILAS and DAVEON SILAS, by her attorneys, Thomas Peters and Kevin Peters; TERRANCE STALLWORTH, by his attorneys Thomas Peters and Kevin Peters; and TRAVIS STALLWORTH, by his attorneys Thomas Peters and Kevin Peters; defendant, CITY OF CHICAGO, by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, and defendants, WILLIAM HRONOPOULOS and MICHAEL KOCANDA, by one of their attorneys, Jonathan Clark Green, Assistant Corporation Counsel, herein stipulate and agree to the following:

1

1. This action has been brought by plaintiffs, RODERICK LEWIS, individually, and RODERICK LEWIS on behalf of his minor children, DONTRELLE LEWIS, DEANTE ASKEW and DANIELLE MARSHALL; LOIS LEWIS; SERITA ASKEW on behalf of her minor children ANDRE SILAS and DAVEON SILAS; TERRANCE STALLWORTH; and, TRAVIS STALLWORTH ("Plaintiffs"), against defendants, CITY OF CHICAGO, WILLIAM HRONOPOULOS and MICHAEL KOCANDA (collectively referred to as "Defendants"), and makes certain allegations contained in Plaintiff's Amended Complaint.

2. Defendants deny each and every allegation of wrongdoing as stated in Plaintiff's Amended Complaint, and, further, deny liability.

3. The parties and their respective attorneys acknowledge that settlement of this claim is not an admission of liability, or of unconstitutional or illegal conduct by or on the part of any of the Defendants and/or the City of Chicago's future, current or former officers, agents and employees, and shall not serve as evidence or notice of any wrongdoing by or on the part of any of the Defendants and/or the City of Chicago's future, current or former officers, agents and employees. The parties and their respective attorneys further acknowledge that settlement is made to avoid the uncertainty of the outcome of litigation and the expense in time and money of further litigation and for the purpose of judicial economy. Plaintiffs, RODERICK LEWIS, individually, and RODERICK LEWIS on behalf of his minor children, DONTRELLE LEWIS, DEANTE ASKEW and DANIELLE MARSHALL; LOIS LEWIS; SERITA ASKEW on behalf of her minor children ANDRE SILAS and DAVEON SILAS; TERRANCE STALLWORTH; and, TRAVIS STALLWORTH, and their attorneys agree that they or any firm with which said attorneys are affiliated or with which said attorneys may later become affiliated shall not use this settlement as notice of misconduct on the part of any of the Defendants and/or the City of Chicago's future, current or former officers, agents and employees, or for any other purpose in any other litigation, and that any such use is inconsistent with the terms of this Release and Settlement Agreement.

4. In consideration of the hereinafter indicated settlement entered pursuant to this Release and Settlement Agreement, and upon advice of counsel, Plaintiffs, RODERICK LEWIS, individually, and RODERICK LEWIS on behalf of his minor children, DONTRELLE LEWIS, DEANTE ASKEW and DANIELLE MARSHALL; LOIS LEWIS; SERITA ASKEW on behalf of her minor children ANDRE SILAS and DAVEON SILAS; TERRANCE STALLWORTH; and, TRAVIS STALLWORTH, agree to dismiss with prejudice all of their respective claims against Defendants, CITY OF CHICAGO, WILLIAM HRONOPOULOS and MICHAEL KOCANDA, with each side bearing its own costs and attorneys' fees.

5. Plaintiffs, RODERICK LEWIS, individually, and RODERICK LEWIS on behalf of his minor children, DONTRELLE LEWIS, DEANTE ASKEW and DANIELLE MARSHALL; LOIS LEWIS; SERITA ASKEW on behalf of her minor children ANDRE SILAS and DAVEON SILAS; TERRANCE STALLWORTH; and, TRAVIS STALLWORTH, accept a settlement from the City of Chicago, in the total amount of NINETY THOUSAND AND NO/100 DOLLARS ($90,000.00), with each side bearing its own costs and attorneys' fees, in the manner, and consisting of the amounts, as set forth in paragraph 6 through 16, below.

6. Plaintiff, RODERICK LEWIS, individually, accepts a settlement from the City of Chicago, in the total amount of THIRTY THOUSAND AND NO/100 DOLLARS ($30,000.00), covering all Defendants, including WILLIAM HRONOPOULOS and MICHAEL KOCANDA, as well as THE CITY OF CHICAGO and any other City of Chicago employees, whether named or unnamed, with each side bearing its own costs and attorneys' fees.

7. Plaintiff, RODERICK LEWIS on behalf of his minor child, DONTRELLE LEWIS, accepts a settlement from the City of Chicago, in the amount of TWO THOUSAND AND NO/100 DOLLARS ($2,000.00), covering all Defendants, including WILLIAM HRONOPOULOS and MICHAEL KOCANDA, as well as THE CITY OF CHICAGO and any other City of Chicago employees, whether named or unnamed, with each side bearing its own costs and attorneys' fees.

3

8. Plaintiff, RODERICK LEWIS on behalf of his minor child, DEANTE ASKEW, accepts a settlement from the City of Chicago, in the amount of TWO THOUSAND AND NO/100 DOLLARS ($2,000.00), covering all Defendants, including WILLIAM HRONOPOULOS and MICHAEL KOCANDA, as well as THE CITY OF CHICAGO and any other City of Chicago employees, whether named or unnamed, with each side bearing its own costs and attorneys' fees.

9. Plaintiff, RODERICK LEWIS on behalf of his minor child, DANIELLE MARSHALL, accepts a settlement from the City of Chicago, in the amount of TWO THOUSAND AND NO/100 DOLLARS ($2,000.00), covering all Defendants, including WILLIAM HRONOPOULOS and MICHAEL KOCANDA, as well as THE CITY OF CHICAGO and any other City of Chicago employees, whether named or unnamed, with each side bearing its own costs and attorneys' fees.

10. Plaintiff, LOIS LEWIS, accepts a settlement from the City of Chicago, in the amount of SEVEN THOUSAND SIX HUNDRED EIGHTY AND NO/100 DOLLARS ($7,680.00), covering all Defendants, including WILLIAM HRONOPOULOS and MICHAEL KOCANDA, as well as THE CITY OF CHICAGO and any other City of Chicago employees, whether named or unnamed, with each side bearing its own costs and attorneys' fees.

11. Plaintiff, SERITA ASKEW on behalf of her minor child, ANDRE SILAS, accepts a settlement from the City of Chicago, in the amount of TWO THOUSAND AND NO/100 DOLLARS ($2,000.00), covering all Defendants, including WILLIAM HRONOPOULOS and MICHAEL KOCANDA, as well as THE CITY OF CHICAGO and any other City of Chicago employees, whether named or unnamed, with each side bearing its own costs and attorneys' fees.

12. Plaintiff, SERITA ASKEW on behalf of her minor child, DAVEON SILAS, accepts a settlement from the City of Chicago, in the amount of TWO THOUSAND AND NO/100 DOLLARS ($2,000.00), covering all Defendants, including WILLIAM HRONOPOULOS and MICHAEL KOCANDA, as well as THE CITY OF CHICAGO and any

other City of Chicago employees, whether named or unnamed, with each side bearing its own costs and attorneys' fees.

13. Plaintiff, TERRANCE STALLWORTH, accepts a settlement from the City of Chicago, in the amount of SIX THOUSAND AND NO/100 DOLLARS ($6,000.00), covering all Defendants, including WILLIAM HRONOPOULOS and MICHAEL KOCANDA, as well as THE CITY OF CHICAGO and any other City of Chicago employees, whether named or unnamed, with each side bearing its own costs and attorneys' fees.

14. Plaintiff, TRAVIS STALLWORTH, accepts a settlement from the City of Chicago, in the amount of SIX THOUSAND AND NO/100 DOLLARS ($6,000.00), covering all Defendants, including WILLIAM HRONOPOULOS and MICHAEL KOCANDA, as well as THE CITY OF CHICAGO and any other City of Chicago employees, whether named or unnamed, with each side bearing its own costs and attorneys' fees.

15. Plaintiffs' attorneys, THOMAS PETERS and KEVIN PETERS, accept a payment from the Combined Settlement Check (as defined in paragraph 17, _infra_.), in the total amount of THIRTY THOUSAND THREE HUNDRED TWENTY AND NO/100 DOLLARS ($30,320.00), covering their total fees and costs in this matter.

16. The City of Chicago agrees to pay Plaintiffs RODERICK LEWIS, individually, and RODERICK LEWIS on behalf of his minor children, DONTRELLE LEWIS, DEANTE ASKEW and DANIELLE MARSHALL; LOIS LEWIS; SERITA ASKEW on behalf of her minor children ANDRE SILAS and DAVEON SILAS; TERRANCE STALLWORTH; and, TRAVIS STALLWORTH, their respective total settlement amounts through the use of one combined check for a total amount of NINETY THOUSAND AND NO/100 DOLLARS ($90,000.00), covering the amounts set forth in paragraphs 6 through 15, above ("Combined Settlement Check"), within sixty (60) days after receipt by the Corporation Counsel's Office of a file-stamped copy of the Agreed Order of Dismissal covering Plaintiffs RODERICK LEWIS, individually, and RODERICK LEWIS on behalf of his minor children, DONTRELLE LEWIS, DEANTE ASKEW and DANIELLE MARSHALL; LOIS LEWIS; SERITA ASKEW on behalf

5

of her minor children ANDRE SILAS and DAVEON SILAS; TERRANCE STALLWORTH; and, TRAVIS STALLWORTH. These settlement amounts, in the form of the Combined Settlement Check, shall be payable solely by the City of Chicago, and Plaintiffs RODERICK LEWIS, individually, and RODERICK LEWIS on behalf of his minor children, DONTRELLE LEWIS, DEANTE ASKEW and DANIELLE MARSHALL; LOIS LEWIS; SERITA ASKEW on behalf of her minor children ANDRE SILAS and DAVEON SILAS; TERRANCE STALLWORTH; and, TRAVIS STALLWORTH, and/or their attorneys agree that they will not seek payment from any source other than the City of Chicago. The Combined Settlement Check will be made payable to Plaintiffs RODERICK LEWIS, individually, and RODERICK LEWIS on behalf of his minor children, DONTRELLE LEWIS, DEANTE ASKEW and DANIELLE MARSHALL; LOIS LEWIS; SERITA ASKEW on behalf of her minor children ANDRE SILAS and DAVEON SILAS; TERRANCE STALLWORTH; and, TRAVIS STALLWORTH, their attorneys, and lien claimants, if any, of which the City has notice, and Plaintiffs RODERICK LEWIS, individually, and RODERICK LEWIS on behalf of his minor children, DONTRELLE LEWIS, DEANTE ASKEW and DANIELLE MARSHALL; LOIS LEWIS; SERITA ASKEW on behalf of her minor children ANDRE SILAS and DAVEON SILAS; TERRANCE STALLWORTH; and, TRAVIS STALLWORTH, and/or their attorneys agree that the attorneys of Plaintiffs RODERICK LEWIS, individually, and RODERICK LEWIS on behalf of his minor children, DONTRELLE LEWIS, DEANTE ASKEW and DANIELLE MARSHALL; LOIS LEWIS; SERITA ASKEW on behalf of her minor children ANDRE SILAS and DAVEON SILAS; TERRANCE STALLWORTH; and, TRAVIS STALLWORTH shall distribute the funds contained in the Combined Settlement Check, upon receipt, to Plaintiffs RODERICK LEWIS, individually, and RODERICK LEWIS on behalf of his minor children, DONTRELLE LEWIS, DEANTE ASKEW and DANIELLE MARSHALL; LOIS LEWIS; SERITA ASKEW on behalf of her minor children ANDRE SILAS and DAVEON SILAS; TERRANCE STALLWORTH; and, TRAVIS STALLWORTH, as well as themselves, pursuant to the amounts set forth in paragraphs 6 through 15, above.

17. In consideration of this settlement entered pursuant to this Release and Settlement Agreement, and upon advice of counsel, Plaintiffs RODERICK LEWIS, individually, and RODERICK LEWIS on behalf of his minor children, DONTRELLE LEWIS, DEANTE ASKEW and DANIELLE MARSHALL; LOIS LEWIS; SERITA ASKEW on behalf of her minor children ANDRE SILAS and DAVEON SILAS; TERRANCE STALLWORTH; and, TRAVIS STALLWORTH, as well as their attorneys, THOMAS PETERS and KEVIN PETERS, agree to indemnify and hold harmless the CITY OF CHICAGO, and its future, current or former officers, agents and employees including, but not limited to, the individual Defendants WILLIAM HRONOPOULOS and MICHAEL KOCANDA, from any claims, losses, damages or expenses, including attorneys' fees and costs, incurred, or which may be incurred, by reason of any lien or any other claim or interest held by any person, entity or corporation against any moneys received or to be received by Plaintiffs RODERICK LEWIS, individually, and RODERICK LEWIS on behalf of his minor children, DONTRELLE LEWIS, DEANTE ASKEW and DANIELLE MARSHALL; LOIS LEWIS; SERITA ASKEW on behalf of her minor children ANDRE SILAS and DAVEON SILAS; TERRANCE STALLWORTH; and, TRAVIS STALLWORTH, and their attorneys THOMAS PETERS and KEVIN PETERS, under the settlement entered pursuant to this Release and Settlement Agreement.

18. Plaintiffs RODERICK LEWIS, individually, and RODERICK LEWIS on behalf of his minor children, DONTRELLE LEWIS, DEANTE ASKEW and DANIELLE MARSHALL; LOIS LEWIS; SERITA ASKEW on behalf of her minor children ANDRE SILAS and DAVEON SILAS; TERRANCE STALLWORTH; and, TRAVIS STALLWORTH, upon advice of counsel, and attorneys THOMAS PETERS and KEVIN PETERS, understand and agree that in consideration of the settlement entered pursuant to this Release and Settlement Agreement, Plaintiffs RODERICK LEWIS, individually, and RODERICK LEWIS on behalf of his minor children, DONTRELLE LEWIS, DEANTE ASKEW and DANIELLE MARSHALL; LOIS LEWIS; SERITA ASKEW on behalf of her minor children ANDRE SILAS and DAVEON SILAS; TERRANCE STALLWORTH; and, TRAVIS STALLWORTH, and their

7

attorneys THOMAS PETERS and KEVIN PETERS, do hereby release and forever discharge on behalf of themselves and their heirs, executors, administrators and assigns, all claims they had or have against the individual Defendants WILLIAM HRONOPOULOS and MICHAEL KOCANDA, and the CITY OF CHICAGO, and its future, current, or former officers, agents and employees, including but not limited to all claims they had, have, or may have in the future, under local, state, or federal law, including for attorneys fees and costs, arising either directly or indirectly out of the incident which was the basis for this litigation, and that such release and discharge also is applicable to any and all unnamed and/or unserved defendants.

19. Plaintiff RODERICK LEWIS agrees to act as the guardian ad litem and next friend to represent and protect the interest of his minor children named herein, DONTRELLE LEWIS, DEANTE ASKEW and DANIELLE MARSHALL, for purposes of effectuating the settlement and release of those minors' settled claims and this lawsuit pursuant to this Release and Settlement Agreement. Defendants have no objection to RODERICK LEWIS being appointed guardian ad litem and next friend to represent his minor children named herein, DONTRELLE LEWIS, DEANTE ASKEW and DANIELLE MARSHALL, in the settlement of this case and the release of any settled claims which the minors had, have, or may have in the future resulting from the incidents which form the basis of Plaintiff's Amended Complaint, so long as this Court finds RODERICK LEWIS a competent and appropriate guardian to represent the best interest of his children named herein, DONTRELLE LEWIS, DEANTE ASKEW and DANIELLE MARSHALL, for effectuating the settlement and release of the minors' settled claims and this lawsuit, pursuant to this Release and Settlement Agreement.

20. Plaintiff SERITA ASKEW agrees to act as the guardian ad litem and next friend to represent and protect the interest of her minor children named herein, ANDRE SILAS and DAVEON SILAS, for purposes of effectuating the settlement and release of those minors' settled claims and this lawsuit pursuant to this Release and Settlement Agreement. Defendants have no objection to SERITA ASKEW being appointed guardian ad litem and next friend to represent her minor children named herein, ANDRE SILAS and DAVEON SILAS, in the

settlement of this case and the release of any settled claims which the minors had, have, or may have in the future resulting from the incidents which form the basis of Plaintiff's Amended Complaint, so long as this Court finds SERITA ASKEW a competent and appropriate guardian to represent the best interest of his children named herein, ANDRE SILAS and DAVEON SILAS, for effectuating the settlement and release of the minors' settled claims and this lawsuit, pursuant to this Release and Settlement Agreement.

21. Plaintiff DONTRELLE LEWIS, a minor, by his guardian ad litem, father and next friend, RODERICK LEWIS; DEANTE ASKEW, a minor, by his guardian ad litem, father and next friend, RODERICK LEWIS; DANIELLE MARSHALL, a minor, by her guardian ad litem, father and next friend, RODERICK LEWIS; ANDRE SILAS, a minor, by his guardian ad litem, mother and next friend, SERITA ASKEW; and, DAVEON SILAS, a minor, by his guardian ad litem, mother and next friend, SERITA ASKEW, and their attorneys, THOMAS PETERS and KEVIN PETERS, represent and warrant that the proceeds of the settlement herein to be distributed to the minors, DONTRELLE LEWIS, DEANTE ASKEW, DANIELLE MARSHALL, ANDRE SILAS and DAVEON SILAS, shall be distributed as provided by law, pursuant to 755 ILCS 5/1-1, et seq., and any other applicable provisions. Plaintiff RODERICK LEWIS on behalf of his minor children, DONTRELLE LEWIS, DEANTE ASKEW and DANIELLE MARSHALL, and SERITA ASKEW, on behalf of her minor children ANDRE SILAS and DAVEON SILAS, and their attorneys THOMAS PETERS and KEVIN PETERS, further represent and warrant that they will take any and all necessary steps and will follow such rules of procedure as may be required by the Circuit Court of Cook County, Illinois, respecting the distribution of the proceeds of the settlement to be distributed to the minors, DONTRELLE LEWIS, DEANTE ASKEW, DANIELLE MARSHALL, ANDRE SILAS and DAVEON SILAS, including but not limited to the procurement of any approvals, findings, or orders of the Probate Division of the Circuit Court of Cook County, Illinois.

22. This Release and Settlement Agreement is expressly conditioned on this Court's approval of the guardianships as set forth in paragraphs 19, 20 and 21, above, for purposes of

effectuating the settlement and release of the settled claims in this matter of the minors, DONTRELLE LEWIS, DEANTE ASKEW, DANIELLE MARSHALL, ANDRE SILAS and DAVEON SILAS, and this lawsuit, pursuant to this Release and Settlement Agreement. This Release and Settlement Agreement also is expressly conditioned on this Court's examination and approval of the terms and conditions of the settlement contained herein.

23. This Release and Settlement Agreement and any documents that may be executed under paragraph 26 herein contain the entire agreement between the parties with regard to the settlement of this action, and shall be binding upon and inure to the benefit of the parties hereto, jointly and severally, and the heirs, executors, administrators, personal representatives, successors, and assigns of each.

24. This Release and Settlement Agreement is entered into in the State of Illinois and shall be construed and interpreted in accordance with its laws. Terms contained herein shall not be construed against a party merely because that party is or was the principal drafter.

25. In entering into this Release and Settlement Agreement, Plaintiffs, RODERICK LEWIS, individually, and RODERICK LEWIS on behalf of his minor children, DONTRELLE LEWIS, DEANTE ASKEW and DANIELLE MARSHALL; LOIS LEWIS; SERITA ASKEW on behalf of her minor children ANDRE SILAS and DAVEON SILAS; TERRANCE STALLWORTH; and, TRAVIS STALLWORTH, represent that they have relied upon the advice of their attorneys, THOMAS PETERS and KEVIN PETERS, who are the attorneys of their own choice, and that the terms of this Release and Settlement Agreement have been interpreted, completely read and explained to them by their attorneys, and that those terms are fully understood and voluntarily accepted by Plaintiffs RODERICK LEWIS, individually, and RODERICK LEWIS on behalf of his minor children, DONTRELLE LEWIS, DEANTE ASKEW and DANIELLE MARSHALL; LOIS LEWIS; SERITA ASKEW on behalf of her minor children ANDRE SILAS and DAVEON SILAS; TERRANCE STALLWORTH; and, TRAVIS STALLWORTH. Plaintiffs RODERICK LEWIS, individually, and RODERICK LEWIS on behalf of his minor children, DONTRELLE LEWIS, DEANTE ASKEW and

DANIELLE MARSHALL; LOIS LEWIS; SERITA ASKEW on behalf of her minor children ANDRE SILAS and DAVEON SILAS; TERRANCE STALLWORTH; and, TRAVIS STALLWORTH, also represent and warrant that no other person or entity has or has had any interest in the claims or causes of action referred to herein, that they and their attorneys have the sole right and exclusive authority to execute this Release and Settlement Agreement and receive the sums specified herein, and that they have not sold, assigned, transferred, conveyed, or otherwise disposed of any of the claims or causes of action referred to herein.

26. All parties agree to cooperate fully and to execute a Stipulation to Dismiss and any and all supplementary documents and to take all additional actions which are consistent with and which may be necessary or appropriate to give full force and effect to the basic terms and intent of this Release and Settlement Agreement.

_____
**RODERICK LEWIS,**
on behalf of himself, individually, and
on behalf of his minor children
**DONTRELLE LEWIS,**
**DEANTE ASKEW** and
**DANIELLE MARSHALL,** as their
respective guardian ad litem, father
and next friend, **Plaintiffs,**

Dates of Birth:
Roderick Lewis:     12/1/73
Dontrelle Lewis:    5/6/94
Deante Askew:       9/22/94
Danielle Marshall:  2/2/96

_____
**LOIS LEWIS, Plaintiff**

Date of Birth:      6/30/35

_____
**THOMAS PETERS**
Attorney at Law
Individually, and as Attorney for Plaintiffs,
**RODERICK LEWIS,** on behalf of himself,
individually, and on behalf of his minor
children **DONTRELLE LEWIS,**
**DEANTE ASKEW** and
**DANIELLE MARSHALL,** as their
respective guardian ad litem, father and
best friend, **LOIS LEWIS, SERITA
ASKEW,** on behalf of her minor children,
**ANDRE SILAS** and **DAVEON SILAS,**
as their respective guardian ad litem,
mother and next friend, **TERRANCE
STALLWORTH** and **TRAVIS
STALLWORTH**
407 S. Dearborn, Suite 1675
Chicago, Illinois 60605
(312) 697-0022
Attorney No. _218 3587_
DATE: _3/19/07_

11

_[signature]_
**SERITA ASKEW,**
on behalf of her minor children,
**ANDRE SILAS,** and
**DAVEON SILAS,** as their respective
guardian ad litem, mother and next friend,
**Plaintiffs,**

Dates of Birth:
Serita Askew: 6/11/77
Andre Silas: 1/4/96
Daveon Silas: 2/9/98

_[signature]_
**TERRENCE STALLWORTH,**
**Plaintiff**

Date of Birth: 8/9/84

_[signature]_
**TRAVIS STALLWORTH, Plaintiff**

Date of Birth: 8/10/87

**CITY OF CHICAGO,**
**a Municipal Corporation**

Mara S. Georges
Corporation Counsel
Attorney for CITY OF CHICAGO

BY: _[signature]_
Jeffrey N. Given
Chief Assistant Corporation Counsel
30 North LaSalle Street, Suite 1610
Chicago, Illinois 60602
(312) 744-9210
Attorney No. 06184989
DATE: 26 March 07

_[signature]_
**KEVIN PETERS**
Attorney at Law
Individually, and as Attorney for Plaintiffs,
**RODERICK LEWIS,** on behalf of himself,
individually, and on behalf of his minor
children **DONTRELLE LEWIS,**
**DEANTE ASKEW** and
**DANIELLE MARSHALL,** as their
respective guardian ad litem, father and
best friend, **LOIS LEWIS, SERITA**
**ASKEW,** on behalf of her minor children,
**ANDRE SILAS** and **DAVEON SILAS,**
as their respective guardian ad litem,
mother and next friend, **TERRANCE**
**STALLWORTH** and **TRAVIS**
**STALLWORTH**
407 S. Dearborn, Suite 1675
Chicago, Illinois 60605
(312) 697-0022
Attorney No. 6184460
DATE: 3/21/07

_[signature]_
Jonathan Clark Green
Assistant Corporation Counsel
Attorney for defendants,
**WILLIAM HRONOPOULOS** and
**MICHAEL KOCANDA**
30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-0226
Attorney No. 06193984
DATE: 3/26/07